UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CONSTANT GOGA,

                      Plaintiff,

         -against-                             06 Civ. 5783 (LAK)

ZIM AMERICAN INTEGRATED SHIPPING SERVICES
COMPANY INC., et al.,

                      Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court hereby adopts the Report and Recommendation of Magistrate Judge Gorenstein, dated April 30, 2009, to which no objection has been filed. The Clerk shall enter final judgment as described therein and close the case.

       SO ORDERED.

Dated:     May 20, 2009

                                                   _____
                                                       Lewis A. Kaplan
                                                   United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/20/09
```